# EXHIBIT A

[Fill in the spaces next to the instructions. Other spaces are for Court use.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------x

Arun K. Agrawal                                      ,
[2. Fill in name(s)]                    Plaintiff(s)

[1. Index No. & Year]
Index No.
CCC216/2021
Complaint

-against-

Aetna Insurance Company                              ,
[3. Fill in name(s)]                    Defendant(s)
-----------------------------------------------------------------------x

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The Complaint of the plaintiff [Your Name] Arun K Agrawal            respectfully shows and alleges as follows:

Aetna Ins. Company has processed my claims, fees, for surgery performed on covered subscriber but denied any payment.

Details of the case:

| ID. | CLAIM # | DOS | FEES |
|---|---|---|---|
| 1. W239655704 | E8Y0605KX00 | 11/26/2018 | $22,500.00 |
| 2. W252402549 | DCN 190523050894 | 04/15/2019 | $22,500.00 |

RECEIVED
JUN 0 1 2021
NASSAU COUNTY
COUNTY CLERK'S OFFICE

[Fill in the spaces next to the instructions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------x

Arun K. Agrawal_____,
[ Fill in name(s)]    Plaintiffs/Petitioner(s)

[ Index No. & Year]
Index No.
___OCO2161 2021_____
VERIFICATION

-against-

Aetna Insurance Company_____,
[ Fill in name(s)]    Defendants/Respondent(s)

-----------------------------------------------------------------x

STATE OF NEW YORK}
             SS. :}
COUNTY OF Nassau_____}
[Insert County where papers signed and notarized]

I, __Arun K Agrawal_____ [ Insert Your Name] , being duly sworn, deposes and says: I am the __Plantiff_____ [Insert Plaintiff or Petitioner] in this matter. I have read the foregoing __complaint_____ [Insert the name(s) of the above documents e.g. affidavit, petition etc.] and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true

_____Agrawal_____
[SIGN YOUR NAME BEFORE NOTARY]

Arun K Agrawal_____
[ PRINT YOUR NAME]

Sworn to before me this 1
day of __June_____, 20 _21_

___Nicole Furco_____
Notary Public
[Verification must be notarized]

Wherefore, plaintiff demands that this Court order defendant to pay my fees of $45,000.00 PLUS interest from 11/26/18 and expenses.
, together with such other and further relief, the Court finds to be just and proper.

**[Date and County papers are signed in]**
Dated: 06/01/2021
County: Nassau

*Agrawal*
**[ Your Signature]**

Arun K Agrawal
**[ Your Name]**

Case 2:21-cv-03720-GRB-SIL   Document 1-1   Filed 07/01/21   Page 5 of 11 PageID #: 9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------x

Arun K. Agrawal                                    ,
[ Fill in name(s)]            Plaintiff(s)

-against-

Aetna Insurance Company                            ,
[31. Fill in name(s)]         Defendant(s)

-------------------------------------------------------------------x

[Index No. & Year]
Index No.
CCC216/2021

[Insert name(s) of papers submitted]

_Agrawal_
[ YOUR SIGNATURE]

**Arun K Agrawal**
[PRINT YOUR NAME]

Box 483, 600 Franklin Avenue
[ YOUR ADDRESS]

Garden City, NY 11530
[ CITY, STATE ZIP CODE]

5169658935
[ YOUR PHONE NUMBER]

Box 483, 600 Franklin Ave.
[Your Address]

**Garden City, NY 11530**
[City, State & Zip Code]

5169658935
[Your Phone Number]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------------X
ARUN K. AGRAWAL,

          Index No.: 000216/2021

       Plaintiff,

 -against-       **DEMAND FOR COMPLAINT**

AETNA INSURANCE,

       Defendant.
------------------------------------------------------------------------X

**SIR:**

  **PLEASE TAKE NOTICE** that in accordance with CPLR § 3012(b) defendant Aetna Life Insurance Company, improperly pled as Aetna Insurance, hereby demands that plaintiff in the above-captioned matter serve a Complaint within twenty (20) days upon defendant.

Dated: May 27, 2021

          CONNELL FOLEY LLP

          _____
          Christopher Abatemarco
          One Newark Center
          1085 Raymond Blvd. 19th Floor
          Newark, New Jersey 07102
          Telephone: (973) 436-5800
           -and-
          888 Seventh Avenue, 9th Floor
          New York, New York 10106
          Telephone: (212) 307-3700
          Attorneys for Defendant

TO: Arun K. Agrawal
   P.O. Box 483
   600 Franklin Avenue
   Garden City, New York 11530
   (516) 965-8935

5951178-1

## **AFFIRMATION OF SERVICE**

Christopher Abatemarco, Esq., being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resident of Middlesex County, New Jersey.

That on the 27th day of May, 2021, deponent served the Demand for Complaint via Federal Express and Electronic Mail, upon:

> Arun K. Agrawal
> P.O. Box 483
> 600 Franklin Avenue
> Garden City, New York 11530

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Christopher Abatemarco, Esq.

5951178-1

[Fill in the spaces next to the instructions. Other spaces are for Court use.]
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------------x

___ARUN K. AGRAWAL___,
[2. Fill in name(s)]                    Plaintiff(s)

-against-

___AETNA INS___,
[3. Fill in name(s)]                    Defendant(s)
-----------------------------------------------------------------------x

[1. Index No. & Year]
Index No.
___21/ 000216___
SUMMONS WITH NOTICE

To the Person (s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within twenty (20) days after the service of this Summons, or within thirty (30) days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

[4. Date and County papers are signed in]
Dated: ___04.07.2021___
County: ___NASSAU___

[5. Your Signature]
___ARUN K AGRAWAL___
[6. Your Name] ___PO BOX 483___
___600 FRANKLIN Ave___
[7. Your Address]
___GARDEN CTY. NY. 11530___
[8. City, State & Zip Code]
___516 965 8935___
[9. Your Phone Number]

To the Defendant:
___AETNA INS/ P.O.Box 14020___
[10. Defendant Address]
___LEXINGTON, KY. 40512___
[11. City, State Zip Code]
___888 632 3862___
[12. Phone Number]

FX: 888 292 2373

0414210007

DCN: 210414106556  SEQ: 0414210007 LX ACCOUNTABLE

NOTICE: The nature of this action is [13. **Insert the type of case against the defendant.**]

AETNA INS. denied payment for my surgical fees
EMERGENCY SURGERY                                    , DOS
(1) W 239655704    LM# E8Y0605KX00   $22500.00  11·26·18
(2) W 252402549    DCN 1905230 50894  $ 22500.00 for 4·15·19

The relief sought is [14. **Describe what you want the Court to grant you.**]

Ins. denied payment for my fees for emergency surgery. I request that my fees of $45000.00 be paid.

Should defendant (s) fail to appear herein, judgment will be entered by default for the sum of [15. **Insert the amount of money demanded**] $ 45000·00 with interest from the date of [16. **Insert date from which interest on amount demanded is claimed**] 11·26·18  Plus Court filing Cost , and the costs of this action.

VENUE: Plaintiff designates Nassau County as the place of trial. The basis of this designation is [17. **Check one**]

[✓] Plaintiff's Residence in Nassau County
[ ] Defendant's Residence in Nassau County
[ ] Other _____

[18. **Note: This form of summons may not be used in actions for divorce.**]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------------------x

ARUN K. AGRAWAL ,
[20. Fill in name(s)]          Plaintiff(s)

[19. Index No. & Year]
Index No.
   21/000216

-against-

AETNA INS CO. ,
[21. Fill in name(s)]          Defendant(s)

PO Box 14020, LEXINGTON, KY. 40510
-----------------------------------------------------------------x

[22. Insert name(s) of papers submitted]


_Arun_
[23. YOUR SIGNATURE]

ARUN K AGRAWAL
[24. PRINT YOUR NAME]

PO Box 483
600 FRANKLIN Avenue.
[25. YOUR ADDRESS]

GARDEN CITY, NY. 11530
[26. CITY, STATE ZIP CODE]

516 965 8935
[27. YOUR PHONE NUMBER]